IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.     13-cv-00657-WYD-BNB

AURORA BANK, FSB,

      Plaintiff,

v.

COLONIAL SAVINGS, F.A.,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Defendant Colonial Savings, F.A.'s Notice of Withdrawal of Motion (ECF No. 12), which the Court construes as a motion, is **GRANTED.**   The pending motion to dismiss (ECF No. 11) is hereby **WITHDRAWN.**

      Dated:   April 25, 2013