IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00657-WYD-BNB

AURORA COMMERCIAL CORP.,

Plaintiff,

v.

COLONIAL SAVINGS, F.A.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion to Extend Discovery and Dispositive Motion Deadline Pursuant to Fed.R.Civ.P. 6(b)(1)(A)** [docket no. 23, filed January 3, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED. Discovery deadline is reset to **February 24, 2014**, and the dispositive motion deadline is reset to **February 24, 2014**.

      IT IS FURTHER ORDERED that the Pretrial Conference set for March 4, 2014, is **vacated and reset to May 2, 2014, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **April 25, 2014**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).

DATED: January 6, 2014