IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00657-WYD-BNB

AURORA COMMERCIAL CORP.,

Plaintiff,

v.

COLONIAL SAVINGS, F.A.,

Defendant.

_____

## ORDER

_____

Pending is the plaintiff's **Unopposed Motion to Amend the Scheduling Order** [Doc. #
29, filed 3/7/2014] (the "Motion to Extend"). Specifically, the plaintiff seeks an order extending
the discovery cut-off solely to allow for the depositions of Timothy Bowles, Kathryn Dewey,
Shelah Grawey, and Tanya Swearingen. No request is made to extend the dispositive motion
deadline.

IT IS ORDERED:

(1)     The Motion to Extend [Doc. # 29] is GRANTED;

(2)     The Scheduling Order is modified to the following extent:

        • The discovery cut-off is extended to and including April 30, 2014, solely to
allow for the depositions of Timothy Bowles, Kathryn Dewey, Shelah Grawey, and Tanya
Swearingen; and

        • The final pretrial conference scheduled for May 2, 2014, at 9:00 a.m., is
VACATED and RESET to **May 29, 2014, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A.

Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall

be prepared by the parties and submitted to the court no later than May 22, 2014; and

      (3)     No further extensions will be allowed.

Dated March 11, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge