IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-00657-WYD-BNB

AURORA COMMERCIAL CORP.,

    Plaintiff,

v.

COLONIAL SAVINGS, F.A.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal With Prejudice (ECF No. 32).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice (ECF No. 32) is **APPROVED.**   This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney fees and costs.

Dated:    April 22, 2014

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          UNITED STATES SENIOR DISTRICT JUDGE